AO 450 (Rev. 5/99) Judgment in a Civil Case

**FILED**

# United States District Court

October 03, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

# Western District of Texas

BY:_____ CR
DEPUTY

Alicia Lara, Administrator of the Estate of Martha
Garcia De La Lara,
Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

Angel Martinez, M.D., et al,
Defendants,

CASE NUMBER:    DR-25-CV-0001 EG-MHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That the Honorable Matthew Watters's Report and Recommendation, ECF 26, is ADOPTED.
IT IS FURTHER ORDERED that Plaintiff Alicia Lara's Amended Complaint, ECF 8, is
DISMISSED WITHOUT PREJUDICE.

October 3, 2025

Date



Philip J. Devlin

Clerk

*(By) Deputy Clerk*